UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M-11-438

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

FATT KWEE WONG,
    also known as
    "Tin Fook Wong" and
    "Masahiro Oota,"

               Defendant.

C O M P L A I N T

(T. 8, U.S.C. §
1324(a)(2)(B)(ii))

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

        CHRISTOPHER GRANATO, being duly sworn, deposes and says that he is an Enforcement Officer Investigator with Customs and Border Protection, duly appointed according to law and acting as such.

        Upon information and belief, on or about April 26, 2011 within the Eastern District of New York, the defendant FATT KWEE WONG, also known as "Tin Fook Wong" and "Masahiro Oota," did knowingly and in reckless disregard of the fact that an alien has not received prior official authorization to come, enter, or reside in the United States, bring or attempt to bring to the United States such alien for the purpose of personal financial gain.

    (Title 8, United States Code, Section 1324(a)(2)(B)(ii))

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware.

2

1. On or about April 26, 2011, the defendant FATT KWEE WONG, also known as "Tin Fook Wong" and "Masahiro Oota," did arrive at the Red Hook-Brooklyn, New York Cruise Terminal aboard the Queen Mary 2 cruise ship. The manifests of the cruise ship indicated that WONG was traveling with nine other individuals.

2. At an immigration inspection checkpoint, WONG presented a Japanese Passport in the name "Masahiro Oota." He was then referred to passport control secondary. A cursory interview of WONG by your deponent and WONG indicated that he did not know the nine other individuals identified on the manifest. He was fingerprinted and his fingerprints were matched to an individual suspected of smuggling aliens into Bermuda for eventual travel to the United States in 2010. The nine additional individuals each presented a Japanese passport.

3. WONG and the nine passengers listed with him on the ship manifest were then transported to a CBP facility in Newark, New Jersey for additional questioning. WONG was questioned and eventually indicated, in sum and substance and in part, that he was smuggling illegal aliens from Dubai to the United States for profit and that he and the nine individuals listed with him on the ship's manifest had counterfeit Japanese passports.

4. WONG was then provided with his <u>Miranda</u> rights, which we waived. He then indicated again, in sum and substance and in part, that he was smuggling the nine individuals listed with him on the ship manifest for profit and that he and the nine

individuals had counterfeit Japanese passports. He further stated that he was to be paid $3,000 for each smuggled alien by an individual in China. In addition, he was paid $500 by each alien themselves. He also stated that the illegal aliens were told that if questioned by immigration authorities, they were to say that they had obtained the counterfeit passports from an unknown black male in Dubai and that they had paid him $500 each and boarded the Queen Mary 2.[2/]  The defendant was then placed under arrest.

   5. WONG's possessions and luggage were searched. His checked luggage contained a listing of the room for each of the nine illegal aliens. In addition, there was a list in Mandarin with nine names and the notation "$500" next to each name. The defendant had approximately $7549 on his person at the time of arrest. The defendant also had a printout listing hotel reservations for a Best Western located in New York, NY for himself and the names listed on the nine counterfeit Japanese passports possessed by the illegal aliens.

---

[2/] The nine illegal aliens were interviewed and shown a photoarray including the defendant. Some provided statements. Each of those who provided statements, stated, in sum and substance and in part, that they did not recognize anyone from the photoarray and that they received their counterfeit passports from a black male in Dubai, whom they provided $500.

4

WHEREFORE, your deponent respectfully requests that the defendant FATT KWEE WONG, also known as "Tin Fook Wong" and "Masahiro Oota," be dealt with according to law.

*[signature]*
CHRISTOPHER GRANATO
Enforcement Officer Investigator
Customs and Border Protection

Sworn to before me this
27th day of April, 2011

*[signature]*
United St[ates Magistrate Jud]ge
Eastern [District of New York]

S/Mann